UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TIZIANA PARISI, et al.,<br><br>    Defendants. | Case No. 19-cv-06505-WHO<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 21 |

The parties have advised the court that they have agreed to a settlement of this case. Dkt. No. 21. **IT IS HEREBY ORDERED** that this case be dismissed without prejudice. However, if any party certifies to this court, within **sixty (60) days**, that settlement has not occurred, this Order shall be vacated and the case reopened.

Dated: February 12, 2020



WILLIAM H. ORRICK
United States District Judge